FILED

08 APR 22 AM 10: 48

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _mcm_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. '08 CR 1262 IEG |
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 8, U.S.C., |
| JOSE MANUEL VALADEZ-MARTINEZ, | ) Secs. 1324(a)(1)(A)(ii) and |
| | ) (v)(II) – Transportation of |
| Defendants. | ) Illegal Aliens and Aiding |
| | ) and Abetting |

The grand jury charges:

Count 1

On or about March 30, 2008, within the Southern District of California, defendant JOSE MANUEL VALADEZ-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Guadalupe Lopez-Guerrero, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

WDK:em(1):Imperial
4/21/08

1

Count 2

2   On or about March 30, 2008, within the Southern District of
3 California, defendant JOSE MANUEL VALADEZ-MARTINEZ, with the intent
4 to violate the immigration laws of the United States, knowing and in
5 reckless disregard of the fact that an alien, namely, Jose Cruz
6 Ramirez-Castorena, had come to, entered and remained in the United
7 States in violation of law, did transport and move said alien within
8 the United States in furtherance of such violation of law; in
9 violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii)
10 and (v)(II).

11

Count 3

12   On or about March 30, 2008, within the Southern District of
13 California, defendant JOSE MANUEL VALADEZ-MARTINEZ, with the intent
14 to violate the immigration laws of the United States, knowing and in
15 reckless disregard of the fact that an alien, namely, Rogelio
16 Cervantes-Sanchez, had come to, entered and remained in the United
17 States in violation of law, did transport and move said alien within
18 the United States in furtherance of such violation of law; in
19 violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii)
20 and (v)(II).

21   DATED: April 22, 2008.

22                                           A TRUE BILL:

23

24                                           _____
                                            Foreperson
25

26 KAREN P. HEWITT
   United States Attorney
27
   By: _____
28    DOUGLAS KEEHN
      Assistant U.S. Attorney

2