```
 1  JONATHAN DAVID FRANK SBN89384
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (858) 722-2100
 3
 4  Attorney for Material Witnesses
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9             SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 08CR1262IEG
                                 )  Mag. No. 08MJ8282
12      Plaintiff,               )
                                 )  NOTICE  OF  HEARING  ON
13  v.                           )  MOTION  FOR  VIDEOTAPE
                                 )  DEPOSITIONAND SUBSEQUENT
14  VALADEZ-MARTINEZ,            )  VOLUNTARY  DEPARTURE  OF
                                 )  MATERIAL WITNESSES
15      Defendants.              )  DATE: May 16, 2008
                                 )  TIME: 10:00 A. M.
16  _____  )  DEPT: Bencivengo
                                 )
17
```

18      TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      PLEASE TAKE NOTICE that on May 16, 2008 at the UNITED STATES

20  DISTRICT COURT located at 940 Front Street, San Diego, California

21  92101 before the above-named Judge at 10:00 A. M. or as soon

22  thereafter as the matter may be heard, the material witnesses JOSE

23  CRUZ RAMIREZ-CASTORENA, ROGELIO CERVANTES-SANCHEZ, and JOSE

24  GUADALUPE LOPEZ-GUERRERO will move the Court for an Order that

25  they be subjected to a videotape deposition prior to trial and

26  subsequent voluntary departure.

27      This motion will be based on 18 U.S.C. 3144 in that the

28  witnesses' testimony can be adequately secured by deposition and

further detention is not necessary to prevent a failure of justice.

    This motion is further based on this notice of motion, the memorandum of points and authorities and declarations filed herewith, and as such other and further evidence and argument as may be presented at the hearing of the motion.

                                    Respectfully submitted,

DATED: May 2, 2008

                                  S/_____
                                  JONATHAN DAVID FRANK,
                                  Attorney for Material Witnesses