```
 1  JONATHAN DAVID FRANK
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (858) 722-2100
 3  State Bar Number 89384

 4  Attorney for Material Witness

 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Case No. 08CR1262IEG
                                 )   Mag. No. 08MJ8282
12       Plaintiff,               )
                                 )   DECLARATION OF JOSE CRUZ
13  v.                           )   RAMIREZ-CASTORENA    IN
                                 )   SUPPORT  OF  MOTION  FOR
14  VALADEZ-MARTINEZ,            )   VIDEO   DEPOSITION   OF
                                 )   MATERIAL WITNESS
15                               )
                                 )   DATE: MAY 16, 2008
16       Defendants.             )   TIME: 10:00 A.m.
    _____ )   DEPT: BENCIVENGO

17

18
         I am a material witness in the above action. I have personal
19
    knowledge of the facts set forth in this action and could testify
20
    competently thereto if called.
21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28
```

1  I have been in federal custody since March 30, 2008. I have
2  been held as a material witness in the above captioned case. I have
3  been unable to locate a surety to post bond.
4  Each day that I spend in custody is a hardship to me and my
5  family. I help support my parents. Each day I spend in custody is
6  another day that I am unable to provide that support.
7  I declare under the penalty of perjury under the laws of the
8  United States of America that the foregoing is true and correct of
9  my own personal knowledge except as to those matters stated to be
10 based upon information and belief and, as to those matters, I am
11 informed and believe that they are true and correct. Executed this
12 _APRIL 25, 2008_ in _EL CENTRO_, California.

13       _Jose Cruz Ramirez Castorena_
14       JOSE CRUZ RAMIREZ-CASTORENA

```
 1  JONATHAN DAVID FRANK
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (858) 722-2100
 3  State Bar Number 89384

 4  Attorney for Material Witness

 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Case No. 08CR1262IEG
                                 )   Mag. No. 08MJ8282
12        Plaintiff,             )
                                 )   DECLARATION OF ROGELIO
13  v.                           )   CERVANTES-SANCHEZ   IN
                                 )   SUPPORT OF MOTION FOR
14  VALADEZ-MARTINEZ,            )   VIDEO   DEPOSITION  OF
                                 )   MATERIAL WITNESS
15                               )
                                 )   DATE: MAY 16, 2008
16        Defendants.            )   TIME: 10:00 A.M.
    _____     DEPT: Bencivengo
17
```

   I am a material witness in the above action.  I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

   /////
   /////
   /////
   /////
   /////
   /////
   /////

1 | I have been in federal custody since March 30, 2008. I have been held as a material witness in the above captioned case. I have been unable to locate a surety to post bond.

Each day that I spend in custody is a hardship to me and my family. I help support my parents and siblings. My mother has a back injury and needs medicine and treatment. I have been providing this support for the past year as a worker in a warehouse in Mexico. Each day I spend in custody is another day that I am unable to provide that support.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct. Executed this __APRIL 25, 2008__ in __EL CENTRO__, California.

_____
ROGELIO CERVANTES-SANCHEZ

```
 1  JONATHAN DAVID FRANK
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (858) 722-2100
 3  State Bar Number 89384

 4  Attorney for Material Witness

 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. 08CR1262IEG
                                   )  Mag. No. 08MJ8282
12        Plaintiff,                )
                                   )  DECLARATION    OF    JOSE
13  v.                             )  GUADALUPE LOPEZ-GUERRERO
                                   )  IN SUPPORT OF MOTION FOR
14  VALADEZ-MARTINEZ,              )  VIDEO   DEPOSITION    OF
                                   )  MATERIAL WITNESS
15                                 )
                                   )  DATE: May 16, 2008
16        Defendants.              )  TIME: 10:00 A.M.
                                      DEPT: Bencivengo
17

18
         I am a material witness in the above action. I have personal
19
    knowledge of the facts set forth in this action and could testify
20
    competently thereto if called.
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28
```

1  I have been in federal custody since March 30, 2008. I have
2  been held as a material witness in the above captioned case. I have
3  been unable to locate a surety to post bond.
4  Each day I spend in custody is a hardship to me and my family.
5  I as the sole means of support of my wife and three children, ages
6  20, 18 and 13. Each day I spend in custody is another day that I am
7  unable to provide that support.
8  I declare under the penalty of perjury under the laws of the
9  United States of America that the foregoing is true and correct of
10 my own personal knowledge except as to those matters stated to be
11 based upon information and belief and, as to those matters, I am
12 informed and believe that they are true and correct. Executed this
13 APRIL 25, 2008 in EL CENTRO, California.

Jose Guadalupe Lopez-Gro.

JOSE GUADALUPE LOPEZ-GUERRERO

2