```
 1  California State Bar Number 89384
    The Law Office of JONATHAN DAVID FRANK
 2  160 Thorn Street Ste. 2
    San Diego, CA 92103
 3  Telephone: (619) 291-4475

 4

 5  Attorney for Material Witnesses

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10                  HON. CATHY ANN BENCIVENGO

11  UNITED STATES OF AMERICA,    )   Criminal No. 08CR1262IEG
                                 )   Magistrate No. 08MJ8282
12       Plaintiff,               )   PROOF OF SERVICE
                                 )
13  v.                            )
                                 )
14  VALADEZ-MARTINEZ,             )
                                 )
15       Defendants.              )
                                 )
16  _____

17       I, the undersigned, say:

18       1)  That I am over eighteen years of age, a resident of the County
19  of San Diego, State of California, and not a party in the within action;
20       2)  That my business address is: 160 Thorn Street Suite 2, San Diego,
21  CA 92103.
22       3)  That I served the VIDEO DEPOSITION MOTION AND ACCOMPANYING PAPERS
23  on all counsel involved in this matter, by causing them to be delivered a
24  copy via the Court's email notification system.
25       I certify under penalty of perjury that the foregoing is true and
26  correct.  Executed on May 2, 2008 at Poway, California.
27
28                       S/JONATHAN DAVID FRANK
                         JONATHAN DAVID FRANK
```