UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jose Manuel Valdez<br><br>Defendant(s) | CRIMINAL NO. 08cr1262<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No.<br><br>Louisa S. Porter |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Cruz Ramirez-Gstorena

DATED: 5/9/08

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY -9  A 10:02

RECEIVED _____
                  DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
       Deputy Clerk