UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08CR1262-IEG |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| JOSE MANUEL VALADEZ-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>William Hall, Assistant United States Attorney
>880 Front Street
>San Diego, CA  92101

Dated: May 13, 2008                              /s/Sara M. Peloquin
                                                **SARA M. PELOQUIN**
                                                Federal Defenders
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                Email:sara_peloquin@fd.org