UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>Jose Manuel Valdez-Martinez )<br>    Defendant(s) ) | CRIMINAL NO. 08 CR 1262 IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge,) ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

Jose Guadalupe Lopez-Guerrero

DATED: 5-23-08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
    Deputy Clerk